# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00779-CV

**Texas Gas Service Company, Appellant**

**v.**

**Railroad Commission of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. GN403353, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion to consolidate this appeal, cause number 03-05-779, into cause number 03-05-00777-CV. We grant the motion. The record and all pertinent documents from this appeal will be transferred into cause number 03-05-00777-CV. There will be no further activity in cause number 03-05-00779-CV. Accordingly, we dismiss the appeal.

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Agreed Motion

Filed: February 10, 2006